NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov

*Representing the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> JULIAN GARCIA-PALOMERA, <br><br> Defendant | Case No. 2:17-CR-367-GMN-PAL <br><br> **Motion to Dismiss Indictment Without Prejudice** |

The government hereby moves for leave of the Court to dismiss the Indictment filed on or about November 15, 2017, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The matter is currently set for trial on or about April 22, 2019.

DATED this 26th day of March, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN

                                      Assistant United States Attorney

**Certificate of Service**

The undersigned counsel served a copy of the motion to dismiss without prejudice on defense counsel via electronic filing through ECF on March 26, 2019.

                                    */s/ Kimberly M. Frayn*
                                    KIMBERLY M. FRAYN
                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JULIAN GARCIA-PALOMERA,<br><br>Defendant | Case No. 2:17-CR-367-GMN-PAL<br><br>**ORDER** |

IT IS HEREBY ORDERED that the government is granted leave to dismiss the Indictment in the above captioned case filed on or about November 15, 2017, without prejudice.

IT IS FURTHER ORDERED that the Indictment is dismissed without prejudice.

DATED: __28__ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT